IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JANDORA "JAN" LEE
HUFFMAN CARROLL AND
JOHN "RONN" RONALD
CARROLL,

Appellants,

v.

FATINA ULLAH AND R.D.U., A
MINOR CHILD IN RE:
GUARDIANSHIP OF R.D.U., A
MINOR CHILD,

Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D17-1151

Opinion filed August 25, 2017.

An appeal from the Circuit Court for Alachua County.
Victor L. Hulslander, Judge.

Veronica R. Owens, Keystone Heights, for Appellants.

Lara A. Mason of The Mason Law Firm, P.A., Ponte Vedra Beach; and Valarie Linnen, Atlantic Beach, for Appellee.


PER CURIAM.

AFFIRMED.

ROBERTS, WETHERELL, and ROWE, JJ., CONCUR.